UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01217-JDE | Date | October 5, 2026 |
| Title | Joseph Pumphrey v. Daniel Ashcraft, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Dismissal (JS-6)

On July 29, 2026, Plaintiff filed a Notice of Settlement advising that the parties "have settled . . . the entire case" and seek 30 days "for Plaintiff to file dispositional documents." Dkt. 16 ("Notice"). On July 30, 2026, the Court ordered:

> The Court GRANTS the implied request in the Notice (Dkt. 16) to vacate all pending dates, deadlines, and filing requirements in the action. The Court will retain jurisdiction over the matter for 30 days and Plaintiff is ORDERED to, within 30 days from the date of this Order, file the anticipated Request for Dismissal or a Status Report if such Request for Dismissal is not filed by that time. The Court will dismiss the action and administratively close the case without further notice if no such document is filed within 30 days.

Dkt. 17 ("Order"). No Request for Dismissal or Status Report was filed by June 29, 2026. Per the Order, the action is dismissed and the case is administratively closed (JS-6).

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO